r # 02709

FILED
U.S. BANKRUPTCY COURT
2011 JAN 14 PM 3: 24
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-41862 |
| | ) | |
| MILLER, ROBERT F. | ) | HON. KAY WOODS |
| | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |

**DIVIDENDS LESS THAN $5.00**

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distributions less than $5.00 and is submitting a check herewith payable to Clerk, United States Bankruptcy Court, Check Number 107 in the amount of $0.98.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Ohio Edison Bankruptcy Dept. | $0.98 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee    (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0251846.1}